UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X    **NOTICE OF REMOVAL**
MATTHEW TORRES,
                                        Plaintiff,

        -against-                                          DOCKET NO.:  1:07-cv-09323-RJH


ST. PETER'S COLLEGE and
ALLIEDBARTON SECURITY SERVICES,
INC.,

                                        Defendant.
----------------------------------------------------X

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant ALLIEDBARTON SECURITY SERVICES, LLC I/S/H ALLIEDBARTON SECURITY
SERVICES, INC. hereby files this Notice of Removal of the above-described action to the United States
District Court for the Southern District of New York from the New York State Supreme Court, New York
County, where the action is now pending as provided by Title 28, U.S. Code, Chapter 89 and states:

1. ALLIEDBARTON SECURITY SERVICES, LLC I/S/H ALLIEDBARTON SECURITY SERVICES, INC.
is the defendant in the above entitled action.

2. The above entitled action was commenced in the Supreme Court, New York County, State of New York and
is now pending in that court. A copy of the plaintiff's complaint setting forth the claim for relief upon which
the action is based was first received by the Defendant on October 4, 2007.

3. The action is a civil action for a personal injuries as a result of an alleged assault and the United States
District Court for the Southern District of New York has jurisdiction by reason of the diversity of citizenship
of the parties.

4. Plaintiff is now and at the time the state action was commenced a citizen of the State of New York and
Defendant ALLIEDBARTON SECURITY SERVICES, LLC I/S/H ALLIEDBARTON SECURITY
SERVICES, INC. is now and at the time the state action was commenced a citizen of the State of Delaware
and defendant ST. PETER'S COLLEGE is a resident of New Jersey. The matter in controversy
exceeds, exclusive of costs and disbursements, the sum or value of $150,000. No change of citizenship of
parties has occurred since the commencement of the action. Defendant is not a citizen of the state in which the
action was brought.

5. A copy of all process, pleadings, and orders served upon Defendant is filed with this notice.

6. Defendant will give written notice of the filing of this notice as required by 28 U.S.C.A. §  1446(d).

7. A copy of this notice will be filed with the clerk of the Supreme Court, New York County, as required by 28
U.S.C. §  1446(d).

Dated:        New York, NY
              October 17, 2007

**SHAFER GLAZER, LLP**
Attorneys for ALLIEDBARTON SECURITY SERVICES, LLC
I/S/H ALLIEDBARTON SECURITY SERVICES, INC.


By:      s/_____
         HOWARD S. SHAFER (HS5101)
         90 John Street, 6th Floor
         New York, New York 10038
         (212) 267-0011


ST. Peter's College
2641 Kennedy Boulevard
Jersey City, NJ 07306

Beal & Beal, Esqs.
Mr. Kenneth I. Beal
34 Birchwood Park Crescent
Jericho, NY 11753

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Removal and Rule 7.1 Statement were mailed by first class mail, postage prepaid this October _____, 2007, to all counsel of record as indicated on the service list below.

s/

_____

HOWARD S. SHAFER (HS5101)
For the Firm

**SERVICE LIST**

ST. Peter's College
2641 Kennedy Boulevard
Jersey City, NJ 07306

Beal & Beal, Esqs.
Mr. Kenneth I. Beal
34 Birchwood Park Crescent
Jericho, NY 11753