UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X  **RULE 7.1 STATEMENT**

MATTHEW TORRES,

                   Plaintiff,

                                                                 DOCKET NO.: 1:07-cv-09323-RJH

    -against-

ST. PETER'S COLLEGE and
ALLIEDBARTON SECURITY SERVICES,
INC.,

                   Defendant.
--------------------------------------------------------X

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedures Allied Security Holdings LLC ("Allied Parent"), a Delaware limited liability company with its principal place of business in King of Prussia, PA is the sole member of AlliedBarton Security Services LLC

Dated:    New York, NY
            October 17, 2007

                                      **SHAFER GLAZER, LLP**
                                      Attorneys for ALLIEDBARTON SECURITY SERVICES, LLC
                                       I/S/H ALLIEDBARTON SECURITY SERVICES, INC.

                                     s/
             By:   _____
                    HOWARD S. SHAFER (HS5101)
                    90 John Street, 6th Floor
                    New York, New York 10038
                    (212) 267-0011

ST. Peter's College
2641 Kennedy Boulevard
Jersey City, NJ 07306

Beal & Beal, Esqs.
Mr. Kenneth I. Beal
34 Birchwood Park Crescent
Jericho, NY 11753