```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MATTHEW TORRES,                            Docket #: 2007-CIV9323-RJH

        Plaintiff,

-against-                                  **CIVIL CASE**
                                                      **MANAGEMENT PLAN**

ST. PETER'S COLLEGE and              (Judge Richard J. Holwell)
ALLIED BARTON SECURITY SERVICES, LLC.
        Defendants,
------------------------------------------------------------x

After consultation with counsel for all parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1.  The case is to be tried by a jury. Scheduling of pre-trial practice should be arranged with a view to having the case ready for trial within approximately six months of the initial pretrial conference.

2.  Joinder of additional parties must be accomplished by June 15, 2008.

3.  Amended pleadings may be filed until April 30, 2008.

4.  Plaintiff will inspect the subject college premises on May 6, 2008 at 10:30am with defendants' counsel present.

5.  All fact discovery is to be completed by July 15, 2008. Interim deadlines set below may be extended by the parties on consent without application to the Court, provided the parties can still meet the discovery completion date ordered by the Court, which shall not be adjourned except upon a showing of extraordinary circumstances.

    A.  First request for production of documents, if any, to be served by April 1, 2008, if not served.

    B.  Interrogatories pursuant to Local Rule 33.3 (a) of the Civil Rules of the Southern District of New York to be served by April 1, 2008, if not served.

    C. Depositions to be completed by May 15, 2008. (Deposition of plaintiff Torres to be held on May 14, 2008. Depositions of defendants to be held on May 15, 2008 and to be conducted consecutively until completed). The following defendant witnesses are to be deposed;

  a) JOHN MORGAN (College Director of Security).
  b) RICHARD HEYMEYER (Assistant Director of Campus Security).
  c) NELSON ACEVEDO (Campus Security).
  d) CARLA PANZARELLA (Campus Residence Life).
  e) SAL TURCHIO (Dean of Students).
  f) YISENA NUNEZ (Whelan Hall Security).

    D. Independent examinations of the plaintiff (Plastic Surgeon and Psychologist) are to be conducted by June 30, 2008.

    E. Requests to Admit, if any, are to be served no later than April 15, 2008.

6. Dispositive motions are to be served and filed by June 15, 2008. Answering papers are to be served and filed by June 30, 2208 Reply papers are to be served and filed by July 10, 2008.

All motions and applications shall be governed by the Court's Individual Practice Rules, which are available on the Internet at http://www.nysd.uscourts.gov. Note that under those rules, <u>two</u> courtesy copies of <u>all</u> motion paper are to be provided to chambers by the movant at the time the reply is filed. It is the responsibility of the <u>movant</u> to make sure that copies of all parties' papers are provided at that time.

Any party may request oral argument by letter at the time reply papers are filed. Whether or not requested, the Court will determine whether and when oral argument is to be held.

7. The joint pretrial order shall be filed no later than 30 days after completion of discovery, or after the final decision of any Dispositive motion, whichever is late, unless a different date is set by the Court. The requirements for the pre-trial order and other pre-trial submissions shall be governed by the Court's Individual Practice Rules.

8. Counsel consent to trial by a U.S. Magistrate Judge.

    Yes _____      No __X__

NEXT CASE MANAGEMENT CONFERENCE  7/18/08 at 10:30 am.
(To be completed by the Court)

Dated: March 20, 2008
Jericho, New York

SO ORDERED:

_____
Richard J. Holwell
United States District Judge