UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MATTHEW TORRES,

                          Plaintiff,             **NOTICE OF MOTION FOR**
                                                        **TRANSFER OF VENUE**
   -against-

                                                        Docket No. 2007-CV-09323-RJH

ST. PETER'S COLLEGE and ALLIEDBARTON
SECURITY SERVICES, INC.,

                          Defendants.
-----------------------------------------------------------------X

      PLEASE take notice that upon the annexed affirmation of David A. Glazer, and upon the exhibits thereto, the accompanying memorandum of law in support of this motion, and the pleadings herein, the undersigned will bring the above motion on for a hearing before this court at the Southern District of New York Courthouse located at 500 Pearl Street, New York, before Richard J. Holwell, United States District Judge,, on April 28, 2008 at 9:30 the forenoon of that day, or as soon thereafter as counsel can be heard, for an order pursuant to 28 U.S.C. § 1404(a) transferring the venue of this action from the Southern District of New York to the District of New Jersey along with such other, further and different relief as to this Court may seem just and proper.

      Defendants respectfully request oral argument on this Motion if Opposition is received.

    **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York, New York
       April 1, 2008

                                      Yours, etc.,

                                      SHAFER GLAZER, LLP

                                      DAVID A. GLAZER (DAG4504)

 

Attorneys for Defendant
ALLIEDBARTON SECURITY SERVICES, LLC
i/s/h ALLIEDBARTON SECURITY SERVICES, INC.
90 John Street, Suite 701
New York, New York 10038
(212) 267-0011
Fax (646) 435-9434
File No. SPG-00133

TO:

BEAL & BEAL, ESQS.
Attorneys for Plaintiff
MATTHEW TORRES
34 Birchwood Park Crescent
Jericho, NY 11753
(516) 938-0877

LAW OFFICES OF JOHN P. HUMPHREYS
Attorneys for Defendant
ST. PETER'S COLLEGE
485 Lexington Ave, 7th Floor
New York, NY 10017
(917) 778-6600

## CERTIFICATION OF SERVICE

I, DAVID A. GLAZER, hereby certify that on April 7, 2008, the within **Motion to transfer venue** was mailed by first class mail, postage prepaid to all counsel of record as indicated on the service list below.:

Mr. Kenneth I. Beal
Beal & Beal, Esqs.
34 Birchwood Park Crescent
Jericho, NY 11753

Mr. Robert P. Fumo
Law Offices of John P. Humphreys
485 Lexington Ave, 7th Floor
New York, NY 10017

_____
DAVID A. GLAZER (DAG4504)

**INDEX NO. 1:07-CV-09323-RJH**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MATTHEW TORRES,

                Plaintiff,

   -against-

ST. PETER'S COLLEGE and ALLIEDBARTON
SECURITY SERVICES, INC.,

                Defendants.
------------------------------------------------------------------X

## *MOTION TO TRANSFER VENUE*

**SHAFER GLAZER, LLP**
Attorneys for Defendant
ALLIEDBARTON SECURITY SERVICES, LLC i/s/h
ALLIEDBARTON SECURITY SERVICES, INC.
90 John Street, Suite 607
New York, NY 10038-3202
(212) 267-0011
File No. SPG-00133

DAG/ac
6652.doc