**EXHIBIT "E"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
                                          Index No.: 2007 CV-09323-RJH
MATTHEW TORRES,

                Plaintiff,

                              **PLAINTIFF'S RESPONSE**
                              **TO INTERROGATORIES**
  -against-                 (ALLIEDBARTON SECURITY SERVICES)

ST. PETER'S COLLEGE and ALLIEDBARTON SECURITY
SERVICES, INC.,

                Defendants.
_____X

Plaintiff, by his attorneys, BEAL & BEAL, ESQS, responds to defendant

ALLIEDBARTON SECURITY SERVICES, INC. demand for interrogatories as follows:

1) MATTHEW TORRES

2) Plaintiff MATTHEW TORRES was born on September 20, 1988. His social security number is 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.

3) The plaintiff presently resides at 280 Madison Street, Apartment #5H, New York, New York 10002. At the time of the subject incident, the plaintiff was a student at ST. PETER'S COLLEGE, and he resided on the campus.

4) The subject incident occurred on December 8, 2006 at approximately 1:00 a.m.

5) The subject incident occurred at St. PETERS COLLEGE, located at 2640 Kennedy Boulevard, Jersey City, New Jersey. Room 109 at Whelan Hall (college dormitory).

6) The plaintiff was in the dormitory room of Mark Cheathem watching television when several males who were not students at ST. PETERS COLLEGE forcibly entered the room and attacked the plaintiff. The plaintiff was sliced across the face with a foreign object.

7) The plaintiff was a student at ST. PETERS COLLEGE and was spending leisure time in the dormitory room of a fellow student at the time of the assault.

8) The plaintiff was watching television/movies.

9) The assailants were forcing themselves into the room where the plaintiff was.

10) The defendants, its agents, servants and/or employees should have provided adequate and competent security at the school premises to protect the lawful students at the college, and more particularly, the plaintiff herein. The defendants its agents, servants and/or employees failed to provide proper supervision and security, and failed to properly operate, maintain, and secure the subject premises to prevent the serious injuries sustained by the plaintiff herein.

11) The exact names of the assailants are unknown at this time.

12) Unknown at this time

13) Constructive notice is claimed to the extent that the defendants are legally obligated to provide adequate and competent security services to the lawful students at the College. The defendants knew, or should have known, of the need and importance of providing adequate and competent security services to the students, which is why defendant ALLIEDBARTON SECURITY SERVICES, LLC was hired by the defendant ST. PETER'S COLLEGE.

14) Unknown at this time.

15) Each defendant, its agents, servants, and/or employees were negligent, reckless and careless and failed to provide adequate and competent security at the school premises and Whelan Hall in particular, failed to provide proper supervision and security; failed to properly operate, maintain, and secure the subject premises for the health, safety, and welfare of the lawful students therein, and more particularly, this plaintiff, failed to protect the plaintiff and to provide adequate and reasonable security; failed to hire and train adequate, competent security and college personnel; failed to have efficient and sufficient security and college personnel, and defendants caused, created, and allowed a hazardous and dangerous environment to exist.

16) The defendants, inter alia, caused, permitted and allowed unauthorized, non-students to enter the subject premises in violation and breach of security measures designed to protect and serve the lawful student body.

17) The plaintiff MATTHEW TORRES, suffered the following serious and protracted injuries:

   A) Permanent 9.0 cm by 0.5 cm transverse hypertrophic spread scar deformity of the left side of the face with permanent pigmentation changes.

   B) Irritation, painful parethesia, and tightness of the left side of the face.

   C) Severe emotional and psychological trauma, including adjustment disorder with anxiety and post-traumatic stress disorder.

The aforementioned injuries directly affected the skin, bones tissues, tendons, nerves, muscles, blood vessels, ligaments of the injured parts, produced symptomatic areas, caused organic and functional disturbances, soft tissue damage, arthritic changes, and nerve pressure.

Upon information and belief, all of the aforementioned injuries and their effects, as hereinabove referred to and described, are permanent in their nature and duration, except those of a superficial nature, and may grow progressively worse in their effects, residuals, results, symptoms and extent.

Plaintiff reserves the right to amend and/or add injuries to the above list if and when such injuries are diagnosed.

The plaintiff reserves the right to supplement and amend the above injuries if additional medical information becomes available.

18) The plaintiff is still disabled. His educational and vocational plans have changed dramatically.

19) The plaintiff was treated at Jersey City Medical Center, 355 Grand Street, Jersey City, New Jersey 07302, after the subject incident.

20) To be provided at a later date.

21) The plaintiff was a student at ST. PETERS COLLEGE at the time of the subject incident. He no longer attends school at ST. PETERS COLLEGE.