**EXHIBIT "D"**

## JERSEY CITY POLICE DEPARTMENT SUPPLEMENTARY INVESTIGATION REPORT

| | | | | | |
|---|---|---|---|---|---|
| JERSEY CITY POLICE DEPARTMENT | 2A. Mun. Code 0905 | 3A. Phone Number and Ext. 201-547-5450 | 19. Prosecutor's Case No. | 20. Department File No. 06-041082 | ☐ Co-op ☑ Original |
| District: WEST | | | | | |
| 5. Crime / Incident: Aggravated Assault, Burglary | 5A. New Crime / Incident | | 21A. Victim's name / New Address if changed: Matthew C Torres, 2640 John F Kennedy Blvd, Jersey City NJ 07306-5900 (US) | | |

**Additional Value Stolen Property**

| 7A. Date of Crime | Date to: 12/08/2006 01:10 | | | |
|---|---|---|---|---|
| 54. Cross Reference File No. 06-041133 | | 55A. Evidence: None | 56A. Disposition | |
| 51A. Weather: CLEAR | | | | |

| 61. No Arrested: 0 | 61A. New Arrested: 0 | | 65A. Current Case Status: INVESTIGATION | | | | |
|---|---|---|---|---|---|---|---|
| 68. Name | | Address of Person(s) Arrested/Summoned | Phone Number | 69. Age | 70. Sex | 71. Race | 72. DOB |
| Akhirah A Stephenson | ARRESTED | 43 Phelps Ave, New Brunswick NJ 08901-3712 | | 18 | F | BLACK | 05/03/1988 |
| Matthew C Torres | VICTIM | 2640 KENNEDY BLVD Room 22, JERSEY CITY NJ 07306 (US) | (646) 529-1762 | 18 | M | WHITE HISPANI | 09/02/1988 |

### 73. Narrative

On 12/8/2006 I did view the video supplied by St. Peter's College (SPC) involving this incident. The tape shows Akhirah Stephenson entering Whalen Hall (SPC student dormitory) with approximately four unidentified males and one female (identified by SPC Director of Security, John Morgan as Jazmen Stroman, dob-7-29-1988, 109 Rossell Ave. Trenton, NJ 08638, student at SPC). The tape also shows the same individuals leaving the dorm directly before the victim comes out to the lobby to report this incident to SPC security. I was unable to identify the males pictured in the video at this time.

Mark Cheathem (witness) stated that as he was being assaulted the actor made a statement that lead him (Cheathem) to believe that the actor was the brother of Ms. Stephenson. He (Cheathem) also stated that he believed that Akirah Stephenson had encouraged the unidentified males to attack him and the victim because he had a verbal dispute with her and she (Stephenson) did not "like" him or his roomates. I spoke with Detective Pappas of the New Brunswick Police Dept. (732-745-5200 x 5217) who stated that there were several hundred "Stephenson's" listed in their computer but none that had the same address as the arrested.

On December 8, 2006, this detective (Broady) did respond to St. Peter's College and did speak with Security Personnel (John Morgan), Director of Campus Safety and Richard Heymeyer, Asst. Dir. of Campus Safety 201-915-0042), regarding an incident that was directly involving this case (X-ref file #41133-06) in which the arrested (A. Stephenson) did respond to SPC and was directly involved in harassing and assaulting a student at SPC

| 74A. Type the Rank, Name and Badge # of Reporting Officer(s) | 75A. Investigations | 76A. Page: Page 1 of 2 | 77A. Date of Report: 12/08/2006 14:51 | 78A. TRU/DRU I.O. BROADY, D N |
|---|---|---|---|---|
| BROADY, D N - INVESTIGATOR [D200] | 79A. Unit: W Detective 27 | 80. Event Number: 06-292424 | 81A. Reviewed By: Lt. T. Lockwood | |

Requested by: 03332   Printed On: 12/13/2006 13:22

| JERSEY CITY POLICE DEPARTMENT District: WEST | 2. Mun. Code 0908 | 5A. Crime / Incident | 19. Prosecutor's Case No. | 20. Department File No. 06-041082 |
|---|---|---|---|---|

(Samantha Simon).

Investigation to continue***

| 74A. Type the Rank, Name and Badge # of Reporting Officer(s) BROADY, D N - INVESTIGATOR [D200] Signature(s) | 75A. Investigations | 76A. Page Page 2 of 2 | 77A. Date of Report 12/08/2006 14:51 | 78A. TRU/DRU I.D. BROADY, D N |
|---|---|---|---|---|
| | 79A. Unit W Detective 27 | 80. Event Number 06-292424 | 81A. Reviewed By Lt. T. Lockwood | |

Requested by: 83332   Printed On: 12/13/2006 13:22

## JERSEY CITY POLICE DEPARTMENT INVESTIGATION REPORT
**CLASSIFIED JUVENILE INFORMATION**

| 1. Jersey City Police Department | 2. Mun. Code | 3. Phone Number and Ext. | 4. UCR | 19. Prosecutor's Case No. | 20. Department File # | Co-op |
|---|---|---|---|---|---|---|
| District: WEST | 0906 | 201-547-5450 | 0420 | | 06-041082 | ☒ Original |

| 5. Crime / Incident | 6. NJ Statute | 21. Victim (First, Middle, Last) |
|---|---|---|
| Aggravated Assault | (1) 2C:12-1b | Matthew C Torres |
| Burglary | (1) 2C:18-2 | |

| 22. Phone and Ext. No. | 23. D.O.B / Age | 24. Sex | 25. Race |
|---|---|---|---|
| (646) 529-1762 ext. | 09/02/1988  18 | M | WHITE HISPANIC |

| DATE AND TIME | 7. Between ☐ at ☒ | 8. Hour 0110 | 9. Day Fri | 10. Month 12 | 11. Date 08 | 12. Year 2006 | 26. Victim's Address (City, State, Zip) 2640 KENNEDY BLVD Room 220 JERSEY CITY NJ 07308 (US) |
|---|---|---|---|---|---|---|---|

| 27. Employer's Address | Phone and Ext. No. |
|---|---|
| Student | ext. |

| 13. Crime / Incident Location | 
|---|
| 2640 KENNEDY BLVD LOBBY JERSEY CITY NJ 07306 (US) |

| 14. Municipality | 15. County | 16. Referred To: | 28. Person Reporting Crime / Incident | 29. Date and Time |
|---|---|---|---|---|
| JERSEY CITY | HUDSON | | SEC. ST PETER'S COLLEGE | 12/3/2006 01:37 |

| 17. Type of Premises and Code | 18. Weapons / Tools and Code | 30. Address | Phone and Ext. No. |
|---|---|---|---|
| COLLEGE DORM | OTHER CUTTING | 2640 KENNEDY BLVD LOBBY JERSEY CITY NJ 07308 (US) | 915-9138 ext. |

| 31. Modus Operandi / How Committed | 32. Physical / Clothing Description |
|---|---|
| Actor(s) entered college dorm and slashed victim on left side of face | See narrative |

| 33. Vehicle | 34. Year | 35. Make/Model | 36. Body Type | 37. Color | 38. Registration # and State | 39. VIN Number or Identification |
|---|---|---|---|---|---|---|
| | | | | | | |

| VALUE STOLEN PROPERTY | 40. Currency | 41. Jewelry | 42. Furs | 43. Clothing | 44. Auto | 45. Miscellaneous |
|---|---|---|---|---|---|---|

| 46. Total Value Stolen | 47. Total Value Recovered | 48. Teletype Alarm/ GA # | 49. Technical Services | 50. Technician and Agency |
|---|---|---|---|---|

| 51. Weather | 52. Evidence Bag No. | 53. VINE # | 54. Cross Reference File | 55. Evidence None ☐ NJSBI ☐ Retained ☐ Returned ☐ Destroyed | 56. Disposition ☐ Arrest Pending ☐ Teletype Pending ☐ Evidence Pending |
|---|---|---|---|---|---|
| CLEAR | | | | | |

| 57. Chem. Lab. No | 58. MV Ballistics No. | 59. MV Summons No. | 60. | | |

| 61. No. Arrested | 62. Adult | 63. Juvenile | 64. Crime Status ACTIVE | 65. Case Status INVESTIGATION | 66. | 67. |
|---|---|---|---|---|---|---|

| 68. Name | Involvement | Address | Phone Number | 69. Age | 70. Sex | 71. Race | 72. DOB |
|---|---|---|---|---|---|---|---|
| Martin Daniels | WITNESS | 767 St. Nicholas New York NY 100321 (US) | (212) 491-1825 | 15 | M | BLACK | 07/19/1991 |
| Mark Cheathem | WITNESS | 2640 Kennedy BLVD Floor: 109 Jersey City NJ 07304 (US) | (646) 243-0824 | 18 | M | BLACK | 09/30/1988 |

**73. Narrative**

On the above date and time the U/S officers P.O. C. Dolan and P.O. E. Rodgers responded to Whelan Hall, St. Peter's College located 2640 Kennedy Blvd on a report of stabbing. Upon arrival the U/S met and spoke with P.O. Sean Joy #2782(St. Peter's Detail) and the victim, Matthew Torres(home address 250 Clinton ST, NY, NY) who was already being treated by EMT's Bus#327/Run #077495. Victim already had bandages covering the laceration on the left side of his face and was unable to speak to P.O. C. Dolan at the time. The U/S also spoke with Security Supervisor Nelson Acevedo of Campus Security. Mr Acevedo stated that several black males who were not students entered the building with student Akriah Stephenson(DOB unknown) and proceeded to Dorm Room #109 where a Mark Cheathem(DOB 9/30/88 Tel#646-243-0824) resides.

U/S officers spoke with Mark Cheathem who stated the following events occurred. At approximately 0100 hrs he was watching movies in his room along with the victim and his brother Martin Daniels(DOB 7/19/91 Tel#212-491-1825) when several males knocked on his door and asked to speak with Mark. At that time he tried to slam the door on the actors but they still forced their way in. Once in the room, the actors began to go after him and a fight ensued between them. One of the actors then struck the victim in the face with a sharp unknown object causing a laceration to the left side of the face. Actors then fled the room and left the campus in an unknown direction.

| 74. Type the Rank, Name and Badge # of Reporting Officer(s) | 75. | 76. Page Page 1 of 2 | 77. Date of Report 12/08/2006 04:29 | 78. TRU/CRU I.D. SANTANA, J M |
|---|---|---|---|---|
| RODGERS, E M - POLICE OFFICER [2723] DOLAN, C M - POLICE OFFICER [2821] Signature(s) | 79. Unit S101 | 80. Event Number 06-292424 | 81. Reviewed By | |

Requested by: 85852  Printed On: 1/26/2007 10:57

## JERSEY CITY POLICE DEPARTMENT INVESTIGATION CONT. PAGE
**CLASSIFIED JUVENILE INFORMATION**

| Jersey City Police Department District: WEST | 2. Mun. Code 0906 | 5. Crime / Incident 2C:12-1b Aggravated Assault | 19. Prosecutor's Case No. | 20. Dep... nl File No. 06-04... |
|---|---|---|---|---|

**79 A.**

**Cont. from Narrative**

U/S officers also spoke with Martin Daniels. Mr. Daniels stated that 6-7 black males in their mid 20's did enter Room #109 and during a fight slashed the victim with an unknown object. He did not see which actor did the slashing and could only give the following information on the actors:
Actor#1) Light skin black male approximately 250lbs with spots on the face wearing a white Tshirt, blue jeans and construction boots
Actor#2) Black male approximately 5'2" thin goatee and a pony tail wearing a black hat
Actor#3) Black male wearing a green jacket, blue jeans, and black Nike boots

The U/S along with P.O. Joy attempted to locate Akriah Stephenson with negative results. SSGT Cairnes notified. NDC Logan, South Detective Carroll, and Capt Atkinson responded to the scene. BCI notified and SGT Solletti and P.O. Sullivan responded to photograph Room#109. U/S then proceeded to the Medical Center where the victim was waiting to be treated. West Detective Keller also responded to the medical center. At the time of this report the victim was not assigned a doctor and was still awaiting treatment. Investigation turned over to Detectives.

| 74. Type the Rank, Name and Badge # of Reporting Officer(s) RODGERS, E M - POLICE OFFICER [2723] DOLAN, C M - POLICE OFFICER [2821] Signature(s) | 75. | 76. Page Page 2 of 2 | 77. Date of Report 12/08/2006 04:29 | 78. TRU/DRU I.D. SANTANA, J M |
|---|---|---|---|---|
| | 79. Unit S101 | 80. Event Number 06-292424 | 81. Reviewed By | |

Requested by: 63852 Printed On: 1/25/2007 10:37

## JERSEY CITY POLICE DEPARTMENT EVIDENCE / PROPERTY REPORT

☒ EVIDENCE REPORT    PROPERTY #: 06-008937    ☐ PROPERTY REPORT

| Field | Value |
|---|---|
| 1. Jersey City Police Department District | WEST |
| 2. Mun. Code | 0906 |
| 3. Phone Number and Ext. | 201-547-5450 |
| 4. Prosecutor's Case No. | |
| 5. Department File No. | 06-041082 |
| 6. Owner's Name (First, Middle, Last) | St. Peter's College Campus Saf |
| 7. Owner's Address | 2641 Kennedy Blvd., JERSEY CITY NJ 07306 (US) |
| 8. Location of Recovery | |
| 9. Phone | Work / Home |
| 10. Concise Explanation of Finding of Recovery | CD of video surveillance of actor allowing access to premises of unknown actors just prior to Aggravated Assault. |
| 12. Between / At | At ☒ 05:45 December 08 2006 |

### APPROXIMATE PROPERTY VALUES

| 13. Currency | 14. Jewelry | 15. Furs | 16. Clothing | 17. Miscellaneous | 18. Automobile | 19. Total Value |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Field | Value |
|---|---|
| 20. N.C.I.C. Inquiry Made | ☐ Yes ☒ No |
| File Type | ☐ Hit ☐ No Records ☒ None |
| Transaction Type | ☐ Inquiry ☐ Entry ☐ Cancellation ☒ None |
| 20a. Insurance Document | |
| 21. Lab Request Submitted | No |
| 23a. Photo | No photos |
| 21b. CA Numbers Issued | |
| Cross Reference File # | |
| Cross Reference Bag # | |
| 22. Owner Notified of Recovery | ☐ Yes Date/Time — No |
| 23. Photo Taken | ☐ Yes |
| 24. Photograph Taken By | |
| 25. Technical Services | ☐ Yes |
| 26. Technical Services Performed By | |
| Agency/Unit | |
| 27. Evidence Bag # | JH 065173 |
| 28. Arrest Status | ☐ Arrest made or anticipated ☐ Recovered / No arrest anticipated |
| 29. Property Type | ☐ Firearm ☐ Found Property ☐ Seized Currency ☐ Safekeeping/Victim's Property ☐ Domestic Violence Weapon(s) ☐ Narcotics ☐ Weapon |
| 30. Agency | ☒ Own ☐ Other NJ Agency |
| State | ☐ State ☐ Out of State ☐ Federal |

| 31. Co-Defendants' Name(s) | Address | Age | Charge |
|---|---|---|---|
| Akhirah A Stephens | 43 Phelps Ave., New Brunswick NJ 08901-3712 (US) | 18 | 2C:12-1b : Aggravated Assault |

| 32. Item # | QTY | Make | Model | Description of Item(s) Serial | Notes |
|---|---|---|---|---|---|
| 1 | 1 | imation | 700mb | N/A | CD Surveillance Video. |

### TRACKING & DISPOSITION

| 33. Moved From: | To: | Signature | By: | Date | Time | Employee I.D.# |
|---|---|---|---|---|---|---|
| | | | | | | |

| 34. Moved Received | ☐ Property Room ☐ B.C.I | Signature | Date | Time | Employee I.D.# |
|---|---|---|---|---|---|
| | | | | | |

| 35. IN/OUT | Item(s) | Print Name | Agency | Date & Time | Signature & I.D.# | Property Room Initials |
|---|---|---|---|---|---|---|
| | | | | | | |

| 36. Released Date | 37. Proof of Ownership ☐ Receipt ☐ Other | ☐ Prosecutor's Release | 38. Declaration of Ownership ☐ Yes | 39. Identification Presented (Photocopy & Agent) |
|---|---|---|---|---|
| 40. Released To | ☐ Owner ☐ Agent ☐ Official | Name, Address & Telephone | | 41. Signature of Owner / Agent / Official |

42. Rank / Name / Badge of Reporting Officer(s): CARROLL, JR., J O - INVESTIGATOR [D723]

| 44. Date & Time of Report | 47. TRU/DRU ID |
|---|---|
| 12/08/2006 05:55 | CARROLL, JR., J |

| 45. Property Room Area: | Shelve: | Bin: | 46. Items & Report Reviewed By (Supervisor) | 48. Status ☐ Completed ☒ Pending ☐ Void |
|---|---|---|---|---|

Requested By: 85852 Printed On: 1/25/2007 16:37      06-041082

## JERSEY CITY POLICE DEPARTMENT SUPPLEMENTARY INVESTIGATION REPORT

| Field | Value |
|---|---|
| JERSEY CITY POLICE DEPARTMENT District: WEST | |
| 2A. Mun. Code | 0906 |
| 3A. Phone Number and Ext. | 201-547-5450 |
| 19. Prosecutor's Case No. | |
| 20. Department File No. | 06-041082 |
| Co-op / Original | ☑ Original |
| 5. Crime / Incident | Aggravated Assault, Burglary |
| 21A. Victim's name / New Address if changed | SEC. ST PETER'S COLLEGE, JERSEY CITY NJ (US) |
| 7A. Date of Crime — Date to | 12/08/2006 00:00 |
| 51A. Weather | UNKNOWN |
| 65A. Current Case Status | INVESTIGATION |
| 61. No. Arrested | 0 |

**73. Narrative**

On the above date at approximately 0330 hrs the u/s responded to St. Peter's College Whelan Hall to further investigate the above referenced aggravated assault. Upon arrival the u/s, after conferring with responding officers to establish those facts memorialized in original investigation report, spoke with Director of Residence Life Carla M. Panzella. At this time Ms. Panzella provided the u/s with actor's student emergency information and contact number which belonged to actor's sister, Malika Stephenson. At approximately 0430 hrs this date the u/s spoke with Malika Stephenson who in turn advised u/s that she would attempt to contact actor and have her respond to the West Detective's Office for questioning involving this incident. While preparing this report the u/s was advised by NDC Sgt. Logan that he, had reviewed surveillance video in which actor is seen allowing actors access to scene, and that she had returned to the above scene and was presently being detained by St. Peter's Campus Security. At this time West Patrol Unit responded to above location and transported the actor Akirah A. Stepenson and her female friend to the West Detective Base.

Upon arrival at the West Detective Base the u/s advised the actor that we had secured video surveillance of her gaining access for three unknown dark skinned male actors into the above location just prior to the assault. When asked by u/s the identification of these actors, including the name of her brother, the actor stated that she did not know them and would provide no further information. At this time, based on prior verbal statements made by victim to Detective Keller at the Jersey City Medical Center Emergency Room and the video surveillance of the actor allowing the three unknown male actor's access to the premises just prior to the assault, the u/s placed Akhirah A. Stephenson under arrest for

| 74A. Reporting Officer | 76A. Page | 77A. Date of Report | 78A. TRU/DRU I.D. |
|---|---|---|---|
| CARROLL, JR., J O - INVESTIGATOR [0723] | Page 1 of 2 | 12/08/2006 04:45 | CARROLL, JR., J O |
| 79A. Unit: SDET | 80. Event Number: 06-292424 | | |

Requested by: 95652  Printed On: 1/25/2007 10:33

JERSEY CITY POLICE DEPARTMENT SUPPLEMENTARY INVESTIGATION REPORT

| JERSEY CITY POLICE DEPARTMENT | 2. Mun. Code | 5A. Crime / Incident | 19. Prosecutor's Case No. | 20. Department File No. |
|---|---|---|---|---|
| District: WEST | 0906 | | | 06-041062 |

aggravated assault and she was advised of her Miranda Rights.

The u/s placed CD marked Campus safety 201-915-9138 SPC into evidence Bag # JH 066173 and arrest warrant ( W2006-015216) was issued at which time actor was processed at West Detective Base accordingly.

Investigation to continue pending identification of unidentified actor(s).....

| 74A. Type the Rank, Name and Badge # of Reporting Officer(s) | 75A. | 76A. Page | 77A. Date of Report | 78A. TRU/DRU I.D. |
|---|---|---|---|---|
| CARROLL, JR., J O - INVESTIGATOR [D723] | | Page 2 of 2 | 12/08/2006 04:45 | CARROLL, JR., J O |
| | 79A. Unit | 80. Event Number | 81A. Reviewed By | |
| Signature(s) | SDET | 06-292424 | | |

Requested by: 85852 Printed On: 1/25/2007 10:38