# SHAFER GLAZER, LLP
## Your House Counsel®

~~90 John Street~~
~~6th Floor~~
New York, NY 10038-3202
(212) 267-0011

82 N. Summit Street
West Wing, 2nd Floor
Tenafly, NJ 07670
(201) 569-8811

Fax (646) 435-9434
*Please direct all correspondence to the New York office*

April 25, 2008

**Via fax (212) 805-7948**
Hon. Richard J. Holwell
United States District Court, Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

Attn: Hon. Richard J. Holwell

| | |
|---|---|
| Re: | Matthew Torres v. St. Peter's College and AlliedBarton Security Services, Inc. |
| Our File No.: | SPG-00133 |
| Our Clients: | AlliedBarton Security Services, LLC i/s/h AlliedBarton Security Services, Inc. |
| Index No.: | 1:07-CV-09323-RJH |
| Date of Loss: | December 8, 2006 |

Dear Hon. Holwell:

Please be advised that the plaintiff attorney has requested an extension of time to respond to the motion to transfer the above referenced matter to the District of New Jersey. I have consented to that adjournment. Pursuant to the conversation that I had with your clerk, we are hereby requesting that the motion be adjourned to June 2, 2008. This is the first request for an extension.

Thank you for your prompt attention to this matter. If you have any questions or comments, please do not hesitate to contact the undersigned.

*Application Granted*
*SO ORDERED*
[signature]
RJH
5/1/08

Very truly yours,

SHAFER GLAZER LLP

*David A. Glazer*
DAVID A. GLAZER
Direct Dial: (646) 435-9437

*Not For Legal Service

Page 2 of 2
April 25, 2008

cc: Via Fax (516) 681-2161
Mr. Kenneth I. Beal
Beal & Beal, Esqs.
34 Birchwood Park Crescent
Jericho, NY 11753

Via Fax (917) 778-7048
Mr. Robert P. Fumo
Law Offices of John P. Humphreys
485 Lexington Ave, 7th Floor
New York, NY 10017

DAG/ac
6886.doc