AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                         DISTRICT OF    NEW YORK

TORRES

VS                                    **APPEARANCE**

ST. PETERS COLLEGE ET AL

Case Number:  07-CV-9323 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MATTHEW TORRES

I certify that I am admitted to practice in this court.

5/27/2008

Date

Kenneth Beal

Signature

Kenneth Beal                        RB 6379

Print Name                          Bar Number

3? Birchwood Park Crescent

Address

Jericho  New York        11753

City            State              Zip Code

(516) 938-0800        (516) 681-2161

Phone Number                        Fax Number