UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MATTHEW TORRES,

                Plaintiff,

-against-

ST. PETER'S COLLEGE and ALLIED BARTON SECURITY SERVICES, INC.,

                Defendants.

07 Civ. 9323 (RJH)

**ORDER**

The parties are directed to appear for argument on defendants' motion for transfer of venue on July 8, 2008 at 2:00 p.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       May 28, 2008

                                      Richard J. Holwell
                                      United States District Judge