# SHAFER GLAZER, LLP
### Your House Counsel®

| | |
|---|---|
| 90 John Street | 82 N. Summit Street |
| 6th Floor | West Wing, 2nd Floor |
| New York, NY 10038-3202 | Tenafly, NJ 07670 |
| (212) 267-0011 | (201) 569-8811 |

Fax (646) 435-9434
*Please direct all correspondence to the New York office*

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/2/08]

[Stamp: RECEIVED JUN 24 2008 CHAMBERS OF RICHARD J. HOLWELL]

June 24, 2008

**Via fax (212) 805-7948**
Hon. Richard J. Holwell
United States District Court, Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

Attn: Hon. Richard J. Holwell

> Re: Matthew Torres v. St. Peter's College and AlliedBarton Security Services, Inc.
> Our File No.: SPG-00133
> Our Clients: AlliedBarton Security Services, LLC i/s/h AlliedBarton Security Services, Inc.
> Index No.: 1:07-CV-09323-RJH
> Date of Loss: December 8, 2006

Dear Hon. Holwell:

It has come to my attention that the plaintiff has served a supplemental affirmation in opposition and sur-reply regarding the motion to transfer venue filed on behalf of AlliedBarton. It is our position that these papers are improper and should be excluded. It is our understanding that the plaintiff neither requested nor received permission to submit sur-reply papers. Cooper v. Cape May County Bd. of Social Services, 175 F. Supp.2d 732 (D.N.J. 2001); Ramirez v. US, 998 F.Supp. 425 (D.N.J. 1998); Slatky v. Healthfirst, Inc., 2003 WL 22705123 (S.D.N.Y. 2003).

None of the cases cited by the plaintiff were unavailable to the plaintiff at the time his initial opposition papers were submitted. Furthermore, the status of discovery is not relevant to the motion as transfer of the action would not delay or slow down discovery. Thus, there is no apparent reason why the plaintiff needed to serve a sur-reply and as such, it should be stricken. However, if the Court should decide to accept these papers, then <u>we would request an opportunity to serve a second reply affirmation accordingly</u>. We respectfully ask that the Court inform us quickly whether or not we should serve reply papers as this motion is on for oral argument on July 8, 2008.

*Not For Legal Service

Page 2 of 2
June 24, 2008

    Thank you for your prompt attention to this matter. If you have any questions or comments, please do not hesitate to contact the undersigned.

                Very truly yours,

                SHAFER GLAZER LLP

                *David A. Glazer*
                DAVID A. GLAZER
                Direct Dial:   (646) 435-9437

cc:   Via Fax (516) 681-2161
      Mr. Kenneth I. Beal
      Beal & Beal, Esqs.
      34 Birchwood Park Crescent
      Jericho, NY 11753

      Via Fax (917) 778-7048
      Mr. Robert P. Fumo
      Law Offices of John P. Humphreys
      485 Lexington Ave, 7th Floor
      New York, NY 10017

DAG/ac
7282.doc.doc

> Application Granted. Defendant shall file any further papers in support of its Motion to transfer by July 8, 2008. The hearing on the Motion is adjourned until July 15, 2008 at 10:00 a.m.
>
> SO ORDERED:
> Date: 6/30/08
> Richard J. Holwell, U.S.D.J.