UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------

MATTHEW TORRES,

                        Plaintiff,

            -against-

ST. PETER'S COLLEGE and ALLIED BARTON
SECURITY SERVICES, INC.,

                        Defendants.

--------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

07 Civ. 9323 (RJH)

**ORDER**


For the reasons stated on the record at argument held on July 15, 2008,

defendants' motion for a transfer of venue [9] is denied.


SO ORDERED.

Dated: New York, New York
        July 15, 2008

                                    Richard J. Holwell
                                    United States District Judge