# LAW OFFICES OF
# BEAL & BEAL

CAROL ANN BEAL, ESQ.
KENNETH I. BEAL, ESQ. *
ANTONIETA ZELAYA
Senior Paralegal
*ALSO ADMITTED TO FLORIDA BAR

July 15, 2008   VIA FACSIMILE (212) 805-7948

Hon. Richard J. Holwell
United States District Court, Southern District of New York
500 Pearl Street
Courtroom 1950
New York, N.Y. 10007-1312

Attn: Hon. Richard J. Holwell

Re: Matthew Torres v. AlliedBarton Security & St. Peter's College
Case Number: 1:07-CV-09323-RJH

Dear Hon. Holwell:

In response to today's motion hearing, please be advised that all counsel participated in a conference call to schedule depositions and other items of discovery.

It is respectfully suggested that this Court allow the next conference date to be September 24, 2008. There are several depositions to be conducted, and it is hoped that this date will allow discovery to be completed. Defendants' counsel is in agreement with this date.

Kindly notify the undersigned at your earliest convenience if this date is acceptable to the Court.

Thank you for your courtesies extended herein.

Respectfully submitted,

Kenneth I. Beal
KIB/ab

Cc: Shafer Glazer, LLP,
    Via fax (646) 435-9434

    Law Office of John P. Humphreys
    Via fax (917) 778-7048

RECEIVED JUL 16 2008 CHAMBERS OF RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

SO ORDERED

50 CHARLES LINDBERGH BOULEVARD
SUITE 400
UNIONDALE, NEW YORK 11553
PHONE: (516) 229-2622
FAX: (516) 229-2623

SATELLITE OFFICE:
34 BIRCHWOOD PARK CRESCENT
JERICHO, NEW YORK 11753
PHONE: (516) 938-0877
FAX: (516) 681-2161